UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEJANDRO SILVESTRE LOPEZ-CHAJ | No. 2:25-mj-00326-KFW |

## COMPLAINT

I, Derek Wilcox, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

### COUNT ONE
### (Re-Entry After Prior Deportation)

On about September 29, 2025, in the District of Maine, the defendant,

**ALEJANDRO SILVESTRE LOPEZ-CHAJ**

an alien, was found in the United States of America after having been removed from the country, and not having obtained the express consent of the Secretary of the U.S. Department of Homeland Security to reapply for admission to the United States of America.

All in violation of Title 8, United States Code, Section 1326(a).

This Complaint is based on those facts which are set forth in my affidavit of October 2, 2025, which is attached hereto and incorporated by reference.

_____
Derek Wilcox
Border Patrol Agent
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Oct 02 2025

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title