# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ALEJANDRO SILVESTRE LOPEZ-CHAJ | No. 2:25-mj-00326-KFW |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT**

I, Derek Wilcox, Border Patrol Agent of the United States Border Patrol, being first duly sworn, hereby depose and state as follows:

1.   I am a United States Border Patrol Agent currently assigned to the Calais Station in Houlton Sector. I entered on duty with the United States Border Patrol on July 27, 2009, and have served in various positions over the past 15 years. In 2009, I graduated from the United States Border Patrol academy in Artesia, New Mexico. Following the academy, I completed a long-term detail to the Santa Teresa Station in El Paso Sector. In the fall of 2010, I began working at the Calais Station in Houlton Sector. As an agent assigned to Calais Station, I performed several collateral duties, as a firearms instructor, national frontline recruiter, and marine crewman. In 2018, I was promoted to Supervisory Border Patrol Agent at the Calais Station. I served as a supervisor from 2018-2022, serving on several occasions as the Acting Deputy Patrol Agent in Charge. In 2022, I accepted a Resident Agent position in Portland, Maine and I have served there since. Currently, I perform several collateral duties such as vessel commander, remote pilot, and emergency medical technician.

2.   I have an associate's degree with honors in Counter-Terrorism Studies from the American Military University.

3. I served 21 years with the Maine Army National Guard including tours of duty in Iraq and Afghanistan. I served as a Military Police Officer for the vast majority of my military career and was promoted to various leadership positions, including First Sergeant of the 488th Military Police Company.

4. I make this affidavit in support of a Criminal Complaint charging Alejandro Silvestre Lopez-Chaj with one count of Illegal Re-Entry After Deportation, in violation of Title 8, United States Code, Section 1326(a). The information contained in this affidavit is based on my personal involvement in this investigation as well as information I learned from other law enforcement officers.

5. On about September 29, 2025, the Brunswick Police Department responded to call for service and encountered three subjects. One of the subjects presented a Guatemalan passport in the name of Alejandro Silvestre Lopez-Chaj to the Brunswick Police Department. This passport lacked a United States visa or stamp. The Brunswick Police Department contacted Border Patrol for assistance with identification.

6. I conducted a mobile query using information provided by Brunswick Police Department and determined that Lopez-Chaj did not have any valid immigration documents associated with the passport.

7. Border Patrol Agent Nathan Parker responded to the Brunswick Police Department and made contact with Lopez-Chaj. In the Spanish language, BPA Parker identified himself and spoke with Lopez-Chaj. In summary and in part, Lopez-Chai stated the following:

    a. He is from Guatemala;

    b. He has been in the United States for about four years;

    c. He crossed the border in Texas illegally;

    d. He does not have any immigration documents to live lawfully in the United States.

8. At this time, BPA Parker placed Lopez-Chaj under arrest and transported him to the Area Port of Portland for processing.

9. Law enforcement officers obtained fingerprints from Lopez-Chaj. These fingerprints match a person using the name Luis Rodriguez-Leon, who was convicted on about April 2, 2009, in the United States District Court for the District of Arizona of the offense of entry without inspection, in violation of Title 8, United States Code, Section 1325. On about April 17, 2009, the person using the name Luis Rodriguez-Leon was removed from the United States through Phoenix, Arizona. Lopez-Chaj was booked into the Two Bridges Regional Jail for temporary detention.

10. On September 30, 2025, I met with Lopez-Chaj and advised him of his *Miranda* rights in the Spanish language, which Lopez-Chaj stated he understood. In summary and in part, Lopez-Chaj provided the following information:

    a. He a citizen of Guatemala;

    b. He has no valid immigration documents;

    c. He last entered the United States in December 2021;

    d. He was previously removed from the United States under a false name;

    e. He has never applied to the Attorney General for permission to re-enter the United States;

    f. He does not have fear of persecution or torture should he be removed from the United States.

11. Based on my training and experience, and supported by the foregoing facts, I have probable cause to believe the defendant violated Title 8, United States

Code, Section 1326(a). I respectfully request that the accompanying Criminal Complaint be issued.

I, Derek Wilcox, hereby swear under oath that the information set forth in this affidavit is true and correct to the best of my knowledge, information, and belief, and I make this oath under pains and penalties of perjury.

Dated at Portland, Maine, this 2nd day of October 2025.

_____
Derek Wilcox
Border Patrol Agent
U.S. Border Patrol

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedures

Date: Oct 02 2025

City and state: Portland, Maine

_____
Judge's signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title